1  Richard L. Stone (SBN 110022)
   Anthony Basich (SBN 100224)
2  Julie Shepard (SBN 175538)
   HOGAN & HARTSON LLP
3  2049 Century Park East, Suite 700
   Los Angeles, CA 90067
4  Telephone: (310) 551-6655
   Facsimile: (310) 551-0364
5
6  Attorneys for Defendants, Counterclaimants and
   Counterdefendants NDS LIMITED, NDS GROUP PLC, and
   NDS TECHNOLOGIES ISRAEL LIMITED, and
7  Counterclaimants and Counterdefendants NEWS DATACOM
   LIMITED and YEDA RESEARCH AND DEVELOPMENT CO. LTD.
8
9              UNITED STATES DISTRICT COURT
10             CENTRAL DISTRICT OF CALIFORNIA
11
12  DIRECTV OPERATIONS, INC., a        )  Case No. 02-07010 ABC (CTx)
    California corporation, DIRECTV,   )
    INC., a California corporation,    )
13  DIRECTV ENTERPRISES, LLC, a        )  **STIPULATION RE DISMISSAL
    Delaware Limited Liability Company,)  OF FIRST AMENDED
14                                     )  COMPLAINT, FIRST
                Plaintiffs,            )  AMENDED COUNTERCLAIMS,
15                                     )  AND DIRECTV'S
        v.                             )  COUNTERCLAIM**
16                                     )
    NDS LIMITED, a foreign corporation,)  [Fed. R. Civ. Proc. §§ 41(a)(1) and
17  NDS GROUP PLC, a foreign           )  41(c)]
    corporation, and NDS               )
18  TECHNOLOGIES ISRAEL LIMITED,       )
    a foreign corporation,             )
19                                     )  [Hon. Audrey B. Collins]
                Defendants             )
20                                     )
                                       )
21                                     )
                                       )
22  AND RELATED COUNTERCLAIMS          )
                                       )
23                                     )




---

\\\\CC - 97141/0012 - 36125 V1

STIPULATION RE DISMISSAL OF FIRST AMENDED
COMPLAINT, FIRST AMENDED COUNTERCLAIMS AND
DIRECTV'S COUNTERCLAIM

1    WHEREAS, DIRECTV Operations, Inc., DIRECTV, Inc., and DIRECTV
2    Enterprises, LLC (collectively "DIRECTV") filed their initial complaint in this
3    action against NDS Limited, NDS Group, plc, and NDS Technologies Israel Limited
4    on September 6, 2002 and thereafter filed their First Amended Complaint on
5    September 30, 2002;
6    WHEREAS, NDS Limited, NDS Group, plc, NDS Technologies Israel
7    Limited and NDS Americas, Inc. filed their counterclaim against DIRECTV on
8    October 21, 2003 and thereafter NDS Limited, NDS Group, plc, NDS Technologies
9    Israel Limited and News Datacom Limited (collectively "NDS") and Yeda Research
10   & Development Company Limited ("Yeda," and collectively with NDS,
11   "Counterclaimants") filed a First Amended Counterclaim on February 14, 2003;
12   WHEREAS, DIRECTV filed a counterclaim to Counterclaim No. 19
13   ("DIRECTV's Counterclaim") against Counterclaimants on or about April 22, 2003;
14   WHEREAS, DIRECTV and Counterclaimants agree that this action did not
15   include or encompass any claims, counter-claims, suits, causes of action, damages,
16   liabilities, orders, expenses, costs, and demands of any kind whatsoever in law,
17   equity or otherwise, including claims of ownership and inventorship, related to any
18   patents or patent applications issued to or filed by DIRECTV, or any continuation,
19   continuation-in-part, division, or reissue thereof, anywhere in the world
20   (collectively, "Unasserted Potential Patent Claims").
21   IT IS HEREBY STIPULATED BY AND BETWEEN DIRECTV and
22   Counterclaimants, through their counsel of record, subject to the Court's approval
23   that:
24   1.    DIRECTV hereby voluntarily dismisses with prejudice the First
25   Amended Complaint and DIRECTV's Counterclaim pursuant to F.R.C.P. 41(a)(1);
26   2.    NDS hereby voluntarily dismisses with prejudice the First Amended
27   Counterclaim filed against DIRECTV pursuant to F.R.C.P. 41(a)(1) and 41(c);
28   3.    Yeda hereby voluntarily dismisses without prejudice the First Amended

Counterclaim filed against DIRECTV pursuant to F.R.C.P. 41(a)(1) and 41(c);

4.    The doctrines of *res judicata* and collateral estoppel shall not apply to the Unasserted Potential Patent Claims; and,

5.    DIRECTV and Counterclaimants shall bear their own costs and attorneys' fees incurred in connection with this action.

Dated: December 23, 2003

WILSON SONSINI GOODRICH & ROSATI

By: /s/ James A. DiBoise

James A. DiBoise
Attorneys for Plaintiffs, Counterdefendants and Counterclaimants DIRECTV Operations, Inc., DIRECTV, Inc., and DIRECTV Enterprises LLC

Dated: December 24, 2003

HOGAN & HARTSON LLP

By: /s/ Richard L. Stone

Richard L. Stone
Attorneys for Defendants and Counterclaimants, and Counterdefendants NDS LIMITED, NDS GROUP PLC, and NDS TECHNOLOGIES ISRAEL LIMITED, and Counterclaimants and Counterdefendants NEWS DATACOM LIMITED, and YEDA RESEARCH AND DEVELOPMENT CO. LTD.

ORDER

IT IS SO ORDERED.

Dated: 12/29/03

/s/ Audrey B. Collins

AUDREY B. COLLINS
United States District Court Judge

**PROOF OF SERVICE**

STATE OF CALIFORNIA   )
                      ) ss.
COUNTY OF LOS ANGELES )

    I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action; my business address is: Hogan & Hartson, LLP, 2049 Century Park East, Suite 700, Los Angeles, CA 90067.

    On December 24, 2003, I caused the foregoing document described as:

**STIPULATION RE DISMISSAL OF FIRST AMENDED COMPLAINT, FIRST AMENDED COUNTERCLAIMS, AND DIRECTV'S COUNTERCLAIM – [Fed. R. Civ. Proc. § 41(a)(1) and 41(c)]**

to be served on the interested parties in this action by delivering __ the original X_ a true copy thereof enclosed in a sealed envelope addressed as follows:

James A. DiBoise, Esq.        **Fax: (415) 947-2099**
Elizabeth M. Saunders, Esq.
Wilson Sonsini Goodrich & Rosati
One Market
Spear Street Tower, Suite 3300
San Francisco, CA 94105
Ph: (415) 947-2000
Fax: (415) 947-2099

[ ]   **BY FACSIMILE.** I caused such document(s) to be delivered by facsimile to the offices of the addressee(s) following ordinary business practices from the following facsimile machine (310)-551-0364: Upon completion of the said facsimile machine transmission, the transmitting machine issued a transmission report showing the transmission was complete and without error.

[X]   **BY HAND DELIVERY.** I caused such envelope to be delivered by hand to the offices of the addressee(s) following ordinary business practices.

[ ]   BY UPS. I caused such document to be delivered by overnight mail to the offices of the addressee(s) by placing it for collection by UPS following ordinary business practices by my firm, to wit, that packages will either be picked up from my firm by UPS and/or delivered by my firm to the UPS.

[X]   (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction, the service was made. Executed on November 1, 2002, at Los Angeles, California.

    Executed on December 24, 2003, at Los Angeles, California.

                                Kim Graham